UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMOND SARKIS<br><br>Plaintiff,<br><br>v.<br><br>YOLO COUNTY PUBLIC AGENCY RISK MANAGEMENT INSURANCE AUTHORITY, JILL COOK, individually and in her official capacity, and RONALD J. MARTINEZ,<br><br>Defendants. | Case No. 2:21-CV-01097-TLN-JDP<br><br>ORDER GRANTING MOTION TO VACATE INITIAL SCHEDULING CONFERENCE<br><br>ECF No. 15 |

The parties' stipulation, ECF No. 15, is construed as a motion and granted. For good cause shown the initial scheduling conference currently set for May 12, 2022, at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: March 30, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE