UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMOND SARKIS,<br><br>        Plaintiff,<br><br>    v.<br><br>YOLO COUNTY PUBLIC AGENCY RISK MANAGEMENT INSURANCE AUTHORITY, *et al.*,<br><br>        Defendants. | Case No. 2:21-cv-01097-TLN-JDP (PS)<br><br>ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>ECF No. 9 |

Plaintiff moves to participate in electronic case filing. ECF No. 9. Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." Local Rule 133(b)(2). Plaintiff's motion does not provide good cause for a departure from the normal filing procedure for unrepresented litigants. If the case proceeds and plaintiff has not abused the filing procedures, the court may entertain another motion. At the current stage, however, plaintiff's motion for electronic filing is denied without prejudice. ECF No. 9.

IT IS SO ORDERED.

Dated:   May 5, 2022                    _/s/ Jeremy Peterson_
                                                                JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE