Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
ROBERT W. SWEETIN (SBN 297130)
3638 American River Drive
Sacramento, California 95864
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

Attorneys for Defendants, YOLO COUNTY PUBLIC AGENCY RISK MANAGEMENT INSURANCE AUTHORITY, and JILL COOK, individually

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMOND SARKIS<br><br>          Plaintiff,<br><br>   v.<br><br>YOLO COUNTY PUBLIC AGENCY RISK MANAGEMENT INSURANCE AUTHORITY, JILL COOK, individually and in her official capacity, and RONALD J. MARTINEZ,<br><br>          Defendants. | Case No. 2:21-CV-01097-TLN-JDP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE (THIRD PARTY SUBPOENAS TO CONEJO VALLEY UNIFIED SCHOOL DISTICT AND CITY OF VALLEJO, HUMAN RESOURCES)**<br><br>Complaint filed: June 22, 2021<br>Trial date: Unassigned |

## I.   RECITALS

1.   Whereas, Plaintiff Armond Sarkis, in pro per, filed this instant matter against Defendants Yolo County Public Agency Risk Management Insurance Authority and Jill Cook, individually and in her official capacity, and Ronald J. Martinez, on June 22, 2021; and

2.   Whereas, Defendants have served Third Party Subpoenas on Conejo Valley Unified School District and the City of Vallejo for documents in relation to this action brought by Plaintiff Armond Sarkis; and

3.   Whereas, Plaintiff Armond Sarkis lodged several objections to the Third-Party Subpoenas based upon privacy and relevancy; and

///

1

4. Whereas, as instructed by the Court, the parties have met and conferred in good faith over the scope of the subject subpoenas as well as issues related to Plaintiff's privacy interests, and

5. Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) which was granted by the Court in part and denied in part on September 30, 2022; and,

6. Whereas, the remaining Defendants, Yolo County Public Agency Risk Management Insurance Authority and Jill Cook filed an Answer to the Complaint on October 14, 2022; and

7. Whereas, during the meet and confer process the parties have reached an agreement to allow the Third Party deponents to produce records in response to the subpoenas while protecting Plaintiff's right to privacy.

**IT IS HEREBY STIPULATED THAT:**

A. The Third Party Subpoenas served on Conejo Valley Unified School District and the City of Vallejo for documents in relation to this action brought by Plaintiff, the Third Partys shall be allowed to produce records in compliance with the Third Party subpoenas;

B. Defendants shall serve the Third-Party deponents, as well as the designated deposition officer, with an amended attachment that strike reference to medical reports. A copy of the proposed Attachment is attached hereto as Exhibit A.

C. This stipulation does not affect or prejudice, in any shape or form, either Defendants' right to seek documents in the future should Defendants believe that such documents are relevant to the claims brought by Plaintiff. Plaintiff reserves his right to object to any future requests as he sees fit.

///
///
///
///
///
///
///
///

2

*STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE (THIRD PARTY SUBPOENAS TO CONEJO VALLEY UNIFIED SCHOOL DISTICT AND CITY OF VALLEJO, HUMAN RESOURCES)*

D. The parties agree to enter into a Stipulated Protective Order to protect Plaintiff's privacy during the course of this Proceeding. A copy of the proposed protective order is attached hereto as Exhibit B. ~~Once this stipulation is approved by the Court, it will be submitted to the Court for entry.~~

**IT IS SO STIPULATED**

Dated: March 27, 2023

/s/ Armond Sarkis
ARMOND SARKIS, Plaintiff in Pro Per

Dated: March 23, 2023

**MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ Matthew C. Jaime
MATTHEW C. JAIME
ROBERT W. SWEETIN
Attorneys for Defendant YOLO COUNTY PUBLIC AGENCY RISK MANAGEMENT INSURANCE AUTHORITY and JILL COOK

IT IS SO ORDERED.

Dated: April 13, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3

*STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE (THIRD PARTY SUBPOENAS TO CONEJO VALLEY UNIFIED SCHOOL DISTRICT AND CITY OF VALLEJO, HUMAN RESOURCES)*

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND BY STIPULATION BY THE PARTIES, it is ordered that the Third Party Subpoenas served on Conejo Valley Unified School District and the City of Vallejo are hereby released by any hold ordered by this Court and the Third Party deponents are to produce records requested in compliance with the modifications set forth herein.

4

*STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE (THIRD PARTY SUBPOENAS TO CONEJO VALLEY UNIFIED SCHOOL DISTICT AND CITY OF VALLEJO, HUMAN RESOURCES)*

**EXHBIIT A**

All books, documents or other writings, or electronically stored information pertaining to the employment of Armond Sarkis. This request shall include all personnel records, including the employment application, job description, documents showing benefits eligible for, benefits being received, records concerning any administrative actions, disciplinary actions, involving employee, verbal or written warnings, grievances filed by or against employee, all performance appraisals, records concerning any requests for leave, attendance records, documents concerning employee's ability to perform the job, payroll records, records concerning salary, raises, bonuses, Overtime paid to employee, records concerning 401K plans or other compensation plans available, records concerning separation from said employment, and records concerning any requests for transfers from various departments or positions or any other documents contained in said employees file.

*STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY DISPUTE (THIRD PARTY SUBPOENAS TO CONEJO VALLEY UNIFIED SCHOOL DISTICT AND CITY OF VALLEJO, HUMAN RESOURCES)*