UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMOND SARKIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOLO COUNTY PUBLIC AGENCY RISK MANAGEMENT INSURANCE AUTHORITY, JILL COOK, individually and in her official capacity, and RONALD J. MARTINEZ, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-01097-TLN-JDP<br><br>**ORDER** |

　　　　On July 31, 2023, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Defendants filed objections on August 14, 2023, and they were considered by the undersigned.

　　　　The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed July 31, 2023 (ECF No. 53) are ADOPTED IN FULL; and

2. Plaintiff's motion to strike (ECF No. 40) is GRANTED in part, and Defendants' affirmative defenses, specifically those numbered 1, 2, 3, 8, 9, 10, 11, 14, 15, 16, 18, 19, 20, 21, 22, and 23, are STRICKEN.

Date: September 6, 2023

_____
Troy L. Nunley
United States District Judge